IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | CHAPTER 13 |
| JOSEPH EARL KAMLER : | |
|     Debtor : | CASE NO. 1:19-bk-02259 |
| : | |
| MidFirst Bank : | |
|     Movant : | |
| vs. : | |
| : | |
| JOSEPH EARL KAMLER : | |
|     Respondent : | |

## ANSWER TO MOTION FOR RELIEF FROM STAY

1. Admitted.

2. Admitted.

3. Admitted.

4. Admitted.

5. Admitted.

6. Admitted that the Debtor fell behind; however, he recently made a payment of approximately $3100.00.

7. The Debtor lacks knowledge or information sufficient to form a belief as to the truth of this averment, and therefore denies the same. See also response to paragraph 6.

8. Denied. Debtor believes that his account is current.

9. The Debtor lacks knowledge or information sufficient to form a belief as to the truth of this averment, and therefore denies the same.

    WHEREFORE, the Debtor respectfully requests that this Court deny the motion for relief filed by the Movant and grant such other relief as this Court deems just.

Respectfully submitted,

/s/ Kara K. Gendron
_____

Kara K. Gendron, Esquire
Attorney ID #87577
MOTT & GENDRON LAW
125 State Street
Harrisburg, PA 17101
http://www.mottgendronlaw.com
T: (717) 232-6650 | F: (717) 232-0477
karagendron@gmail.com