UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | JOSEPH EARL KAMLER, : | CHAPTER 13 |
| | Debtor : | |
| | : | |
| | JACK N. ZAHAROPOULOS, : | |
| | STANDING CHAPTER 13 TRUSTEE, : | |
| | Movant : | |
| | : | |
| | JOSEPH EARL KAMLER, : | |
| | Respondent : | CASE NO. 1-19-bk-02259-HWV |

TRUSTEE'S OBJECTION TO THIRD AMENDED CHAPTER 13 PLAN

AND NOW, this 3rd day of December, 2024, comes Jack N. Zaharopoulos, Standing Chapter 13 Trustee, who objects to the confirmation of the above-referenced Debtor's Plan for the following reason:

1. The Trustee avers that the Debtor's Plan is not feasible based upon the following:

   a. The Plan is ambiguous regarding the base amount.

WHEREFORE, the Trustee alleges and avers that the Debtor's Plan cannot be confirmed, and therefore, the Trustee prays that this Honorable Court will:

   a. deny confirmation of the Debtor's Plan;
   b. dismiss or convert the Debtor's case; and
   c. provide such other relief as is equitable and just.

Respectfully submitted:

Jack N. Zaharopoulos
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
(717) 566-6097

BY: /s/Douglas R. Roeder
Attorney for Trustee

CERTIFICATE OF SERVICE

    AND NOW, this 3rd day of December, 2024, I hereby certify that I have served the within Objection by electronically notifying parties or by depositing a true and correct copy of the same in the United States Mail at Hummelstown, Pennsylvania, postage prepaid, first class mail, addressed to the following:

Kara K. Gendron, Esquire
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101

                 /s/Derek M. Strouphauer
                 Office of Jack N. Zaharopoulos
                 Standing Chapter 13 Trustee