## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| In re: | : |
| | : Case No.: 19-02259 |
| **Joseph Earl Kamler** | : Chapter 13 |
| | : Judge Henry W. Van Eck |
| Debtor(s) | : * * * * * * * * * * * * * * * * * * * |
| | : |
| | : Related Document # |
| | : |
| | : |
| | : |

## NOTICE OF APPEARANCE AND REQUEST FOR NOTICES

The undersigned attorney enters their appearance as counsel for MidFirst Bank, its successor and assigns ("Creditor") in the above referenced case. Please send all notices issued in this case to the undersigned at the address below.

    Respectfully submitted,

    /s/ Stephen R. Franks
    Stephen R. Franks, Esquire (333394)
    Adam B. Hall (323867)
    MDK Legal
    P.O. Box 165028
    Columbus, OH  43216-5028
    Telephone: 614-220-5611
    Fax: 614-627-8181
    Attorneys for Creditor
    The case attorney for this file is Stephen R. Franks.
    Contact email is srfranks@mdklegal.com

25-004575_PS

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| In re: | |
| | Case No.: 19-02259 |
| **Joseph Earl Kamler** | Chapter 13 |
| | Judge Henry W. Van Eck |
| Debtor(s) | ✶ ✶ ✶ ✶ ✶ ✶ ✶ ✶ ✶ ✶ ✶ ✶ ✶ ✶ ✶ ✶ ✶ ✶ |
| | |
| | Related Document # |

## CERTIFICATE OF SERVICE

I certify that on the date of filing, a copy of the foregoing Notice of Appearance and Request for Notices was filed electronically. Notice of this filing will be sent to the following parties through the Court's Electronic Case Filing System:

Office of U.S. Trustee, Party of Interest, (Registered address)@usdoj.gov

Jack N Zaharopoulos, Chapter 13 Trustee, info@pamd13trustee.com

Kara Katherine Gendron, Attorney for Joseph Earl Kamler, karagendron@gmail.com

Dorothy L Mott, Attorney for Joseph Earl Kamler, DorieMott@aol.com

I certify that on the date of filing, a copy of the foregoing document was sent by U.S. Mail to the following:

Joseph Earl Kamler, 2824 Woodmont Drive, York, PA 17404

                                                                            /s/ Stephen R. Franks

25-004575_PS

Case 1:19-bk-02259-HWV    Doc 56    Filed 03/03/25    Entered 03/03/25 17:22:44    Desc
Main Document    Page 2 of 2