Fill in this information to identify the case:

Debtor 1     Joseph Earl Kamler

Debtor 2
(Spouse, if filing)

United States Bankruptcy Court for the: Middle District of PA

Case number   19-02259 HWV

# Form 4100R

# Response to Notice of Final Cure Payment         10/15

According to Bankruptcy Rule 3002.1(g), the creditor responds to the trustee's notice of final cure payment.

## Part 1: Mortgage Information

**Name of Creditor:** MidFirst Bank            **Court claim no.** (if known):  3

**Last 4 digits** of any number you use to identify the debtor's account:  6569
**Property address:**
2824 Woodmont Drive
York, PA 17404

## Part 2: Prepetition Default Payments

*Check one:*

☒ Creditor agrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim.

☐ Creditor disagrees that the debtor(s) have paid in full the amount required to cure the prepetition default on the creditor's claim. Creditor asserts that the total prepetition amount remaining unpaid as of the date of this response is:        $ _____

## Part 3: Postpetition Mortgage Payment

*Check one:*

☐ Creditor states that the debtor(s) are current with all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

The next postpetition payment from the debtor(s) is due on:

☒ Creditor states that the debtor(s) are not current on all postpetition payments consistent with § 1322(b)(5) of the Bankruptcy Code, including all fees, charges, expenses, escrow, and costs.

Creditor asserts that the total amount remaining unpaid as of the date of this response is:

| | | | |
|---|---|---|---|
| a. | Total postpetition ongoing payments due: | (a) | $ 5,531.87 |
| b. | Total fees, charges, expenses, escrow, and costs outstanding: | + (b) | $ 205.00 |
| c. | **Total.** Add lines a and b. | (c) | $ 5,736.87 |

Creditor asserts that the debtor(s) are contractually obligated for   01 / 01 / 2025
the postpetition payment(s) that first became due on:

Form 4100R                  Response to Notice of Final Cure Payment                  page 1

Document ID: 8c6f0d9e58a6f69c4dbcf1c92bcb5f6dc6337f762cc3184c5cf7f2b9b6cbb228
Case 1:19-bk-02259-HWV    Doc 68    Filed 05/20/25    Entered 05/20/25 12:57:48    Desc
Main Document     Page 1 of 7

## Part 4: Itemized Payment History

If the creditor disagrees in Part 2 that the prepetition arrearage has been paid in full or states in Part 3 that the debtor(s) are not current with all postpetition payments, including all fees, charges, expenses, escrow, and costs, the creditor must attach an itemized payment history disclosing the following amounts from the date of the bankruptcy filing through the date of this response:
- all payments received;
- all fees, costs, escrow, and expenses assessed to the mortgage; and
- all amounts the creditor contends remain unpaid.

## Part 5: Sign Here

**The person completing this response must sign it. The response must be filed as a supplement to the creditor's proof of claim.**

*Check the appropriate box::*

☐ I am the creditor.
☒ I am the creditor's authorized agent.

**I declare under penalty of perjury that the information provided in this response is true and correct to the best of my knowledge, information, and reasonable belief.**

Sign and print your name and your title, if any, and state your address and telephone number if different from the notice address listed on the proof of claim to which this response applies.

x /s/ Matthew Fissel
Matthew Fissel
20 May 2025, 10:30:20, EDT

Date     05/20/2025

KML Law Group, P.C.
701 Market Street, Suite 5000
Philadelphia, PA 16106
215-627-1322
bkgroup@kmllawgroup.com
Attorney for Creditor

Form 4100R         Response to Notice of Final Cure Payment         page 2

Document ID: 8c6f0d9e58a6f69c4dbcf1c92bcb5f6dc6337f762cc3184c5cf7f2b906cbb228
Case 1:19-bk-02259-HWV    Doc 68    Filed 05/20/25    Entered 05/20/25 12:57:48    Desc
Main Document    Page 2 of 7

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Joseph Earl Kamler<br>**Debtor(s)**<br><br>MidFirst Bank<br>**Movant**<br>vs.<br><br>Joseph Earl Kamler<br>**Debtor(s)**<br><br>Jack N Zaharopoulos,<br>**Trustee** | BK NO. 19-02259 HWV<br><br>Chapter 13<br><br>Related to Claim No. 3 |

## CERTIFICATE OF SERVICE

I, Matthew Fissel of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on May 20, 2025, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtor(s)
Joseph Earl Kamler
2824 Woodmont Drive
York, PA 17404

Attorney for Debtor(s) (via ECF)
Kara Katherine Gendron
Mott & Gendron Law
125 State Street
Harrisburg, PA 17101

Trustee (via ECF)
Jack N Zaharopoulos
Standing Chapter 13
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service: electronic means or first-class mail

Dated: May 20, 2025

/s/ Matthew Fissel
Matthew Fissel
Attorney I.D. 314567
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
mfissel@kmllawgroup.com

05/14/25

JOSEPH KAMLER                                             Account Number

2824 WOODMONT DR

YORK            PA 17404-7825

Collateral

| | | | | | |
|---|---|---|---|---|---|
| Original Balance | 129628.00 | P&I Payment | 637.69 | Next Due Date | 01/01/25 |
| Current Balance | 100489.19 | Escrow Payment | 487.30 | Last Payment Date | 02/08/25 |
| Escrow Balance | -2260.79 | Opt Ins Payment | 0.00 | Current Interest Rate | 4.25000 |
| Unapplied Balance | 93.08 | Buydown | 0.00 | | |
| Fee Balance | -205.00 | Total Payment | 1124.99 | | |

History from 06/27/23 through 05/14/25    Beginning statement balance    105394.72    Ending statement balance    100489.19

| Posting Date | Effective Date | Paid To Date | Transaction Description | Total Amount | Principal | Interest | Escrow | Insurance | Other | |
|---|---|---|---|---|---|---|---|---|---|---|
| 08/17/23 | 08/17/23 | 06/01/23 | UNCOLL LATE CHARGE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -36.87 | L |
| 08/17/23 | 08/17/23 | 06/01/23 | ADMIN ADJUSTMENT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -36.87 | L |
| 08/17/23 | 08/17/23 | 06/01/23 | UNCOLL LATE CHARGE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 36.87 | L |
| 08/17/23 | 08/17/23 | 06/01/23 | ADMIN ADJUSTMENT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 36.87 | L |
| 08/18/23 | 08/18/23 | 06/01/23 | TAX ENMASSE | -2049.69 | 0.00 | 0.00 | -2049.69 | 0.00 | 0.00 | |
| 08/26/23 | 08/26/23 | 06/01/23 | SINGLE REC REVERSAL | -309.56 | 0.00 | 0.00 | 0.00 | 0.00 | -309.56 | N |
| 08/26/23 | 08/26/23 | 06/01/23 | CASH RECEIPT | 309.56 | 0.00 | 0.00 | 0.00 | 0.00 | 309.56 | N |
| 09/06/23 | 09/06/23 | 06/01/23 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20.00 | F |
| 10/05/23 | 10/05/23 | 06/01/23 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 20.00 | F |
| 10/10/23 | 10/09/23 | 06/01/23 | CASH RECEIPT | 3038.64 | 0.00 | 0.00 | 0.00 | 0.00 | 3038.64 | N |
| 10/12/23 | 10/12/23 | 06/01/23 | SINGLE REC REVERSAL | -3038.64 | 0.00 | 0.00 | 0.00 | 0.00 | -3038.64 | N |
| 10/12/23 | 10/12/23 | 07/01/23 | PAYMENT | 1012.88 | 264.42 | 373.27 | 375.19 | 0.00 | 0.00 | |
| 10/12/23 | 10/12/23 | 08/01/23 | PAYMENT | 1012.88 | 265.35 | 372.34 | 375.19 | 0.00 | 0.00 | |
| 10/12/23 | 10/12/23 | 09/01/23 | PAYMENT | 1012.88 | 266.29 | 371.40 | 375.19 | 0.00 | 0.00 | |
| 12/13/23 | 12/13/23 | 09/01/23 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 | F |
| 12/20/23 | 12/19/23 | 10/01/23 | PAYMENT | 1012.88 | 267.24 | 370.45 | 375.19 | 0.00 | 0.00 | |
| 12/20/23 | 12/19/23 | 10/01/23 | CASH RECEIPT | 12.12 | 0.00 | 0.00 | 0.00 | 0.00 | 12.12 | N |
| 12/21/23 | 12/19/23 | 09/01/23 | PAYMENT REVERSAL | -1012.88 | -267.24 | -370.45 | -375.19 | 0.00 | 0.00 | |

B= *Buydown/Subsidy*          F= *Fee Payment*          L= *Late Charges*          N= *Unapplied*

05/14/25                                                           Account Number 

JOSEPH KAMLER

| Posting Date | Effective Date | Paid To Date | Transaction Description | Total Amount | Principal | Interest | Escrow | Insurance | Other | |
|---|---|---|---|---|---|---|---|---|---|---|
| 12/21/23 | 12/21/23 | 09/01/23 | CASH RECEIPT | 1012.88 | 0.00 | 0.00 | 0.00 | 0.00 | 1012.88 | N |
| 12/21/23 | 12/21/23 | 09/01/23 | UNCOLL LATE CHARGE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -36.87 | L |
| 12/21/23 | 12/21/23 | 09/01/23 | ADMIN ADJUSTMENT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -36.87 | L |
| 12/21/23 | 12/21/23 | 09/01/23 | UNCOLL LATE CHARGE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 36.87 | L |
| 12/21/23 | 12/21/23 | 09/01/23 | ADMIN ADJUSTMENT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 36.87 | L |
| 12/26/23 | 12/26/23 | 09/01/23 | SINGLE REC REVERSAL | -12.12 | 0.00 | 0.00 | 0.00 | 0.00 | -12.12 | N |
| 12/26/23 | 12/26/23 | 09/01/23 | CASH RECEIPT | 12.12 | 0.00 | 0.00 | 0.00 | 0.00 | 12.12 | N |
| 12/26/23 | 12/26/23 | 09/01/23 | SINGLE REC REVERSAL | -1012.88 | 0.00 | 0.00 | 0.00 | 0.00 | -1012.88 | N |
| 12/26/23 | 12/26/23 | 10/01/23 | PAYMENT | 1012.88 | 267.24 | 370.45 | 375.19 | 0.00 | 0.00 | |
| 01/22/24 | 01/22/24 | 10/01/23 | CASH RECEIPT | 1500.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1500.00 | N |
| 01/25/24 | 01/25/24 | 10/01/23 | SINGLE REC REVERSAL | -286.03 | 0.00 | 0.00 | 0.00 | 0.00 | -286.03 | N |
| 01/25/24 | 01/25/24 | 10/01/23 | CASH RECEIPT | 286.03 | 0.00 | 0.00 | 0.00 | 0.00 | 286.03 | N |
| 01/27/24 | 01/27/24 | 10/01/23 | SINGLE REC REVERSAL | -965.93 | 0.00 | 0.00 | 0.00 | 0.00 | -965.93 | N |
| 01/27/24 | 01/27/24 | 11/01/23 | PAYMENT | 965.93 | 268.18 | 369.51 | 328.24 | 0.00 | 0.00 | |
| 02/27/24 | 02/27/24 | 11/01/23 | FEE WAIVED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -20.00 | F |
| 02/27/24 | 02/27/24 | 11/01/23 | FEE WAIVED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -20.00 | F |
| 03/05/24 | 03/05/24 | 11/01/23 | CASH RECEIPT | 4000.00 | 0.00 | 0.00 | 0.00 | 0.00 | 4000.00 | N |
| 03/08/24 | 03/08/24 | 11/01/23 | SINGLE REC REVERSAL | -1356.80 | 0.00 | 0.00 | 0.00 | 0.00 | -1356.80 | N |
| 03/08/24 | 03/08/24 | 12/01/23 | PAYMENT | 1070.77 | 269.13 | 368.56 | 433.08 | 0.00 | 0.00 | |
| 03/08/24 | 03/08/24 | 12/01/23 | CASH RECEIPT | 286.03 | 0.00 | 0.00 | 0.00 | 0.00 | 286.03 | N |
| 03/08/24 | 03/08/24 | 12/01/23 | SINGLE REC REVERSAL | -286.03 | 0.00 | 0.00 | 0.00 | 0.00 | -286.03 | N |
| 03/08/24 | 03/08/24 | 12/01/23 | CASH RECEIPT | 286.03 | 0.00 | 0.00 | 0.00 | 0.00 | 286.03 | N |
| 03/08/24 | 03/08/24 | 12/01/23 | SINGLE REC REVERSAL | -1356.80 | 0.00 | 0.00 | 0.00 | 0.00 | -1356.80 | N |
| 03/08/24 | 03/08/24 | 01/01/24 | PAYMENT | 1070.77 | 270.09 | 367.60 | 433.08 | 0.00 | 0.00 | |
| 03/08/24 | 03/08/24 | 01/01/24 | CASH RECEIPT | 286.03 | 0.00 | 0.00 | 0.00 | 0.00 | 286.03 | N |
| 03/08/24 | 03/08/24 | 01/01/24 | SINGLE REC REVERSAL | -572.08 | 0.00 | 0.00 | 0.00 | 0.00 | -572.08 | N |
| 03/08/24 | 03/08/24 | 01/01/24 | CASH RECEIPT | 286.03 | 0.00 | 0.00 | 0.00 | 0.00 | 286.03 | N |
| 03/08/24 | 03/08/24 | 01/01/24 | CASH RECEIPT | 286.05 | 0.00 | 0.00 | 0.00 | 0.00 | 286.05 | N |
| 03/08/24 | 03/08/24 | 01/01/24 | SINGLE REC REVERSAL | -2025.76 | 0.00 | 0.00 | 0.00 | 0.00 | -2025.76 | N |
| 03/08/24 | 03/08/24 | 02/01/24 | PAYMENT | 1012.88 | 271.04 | 366.65 | 375.19 | 0.00 | 0.00 | |
| 03/08/24 | 03/08/24 | 03/01/24 | PAYMENT | 1012.88 | 272.00 | 365.69 | 375.19 | 0.00 | 0.00 | |
| 03/08/24 | 03/08/24 | 03/01/24 | SINGLE REC REVERSAL | -688.45 | 0.00 | 0.00 | 0.00 | 0.00 | -688.45 | N |
| 03/08/24 | 03/08/24 | 03/01/24 | CASH RECEIPT | 688.45 | 0.00 | 0.00 | 0.00 | 0.00 | 688.45 | N |
| 03/13/24 | 03/13/24 | 03/01/24 | INSURANCE ENMASSE | -2049.00 | 0.00 | 0.00 | -2049.00 | 0.00 | 0.00 | |
| 03/28/24 | 03/28/24 | 03/01/24 | TAX ENMASSE | -793.17 | 0.00 | 0.00 | -793.17 | 0.00 | 0.00 | |

**B**= _Buydown/Subsidy_      **F**= _Fee Payment_      **L**= _Late Charges_      **N**= _Unapplied_

05/14/25                                                    Account Numbe 

JOSEPH KAMLER

| Posting Date | Effective Date | Paid To Date | Transaction Description | Total Amount | Principal | Interest | Escrow | Insurance | Other | |
|---|---|---|---|---|---|---|---|---|---|---|
| 05/10/24 | 05/10/24 | 03/01/24 | CASH RECEIPT | 2150.00 | 0.00 | 0.00 | 0.00 | 0.00 | 2150.00 | N |
| 05/10/24 | 05/10/24 | 03/01/24 | FEE WAIVED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -25.00 | F |
| 05/14/24 | 05/14/24 | 03/01/24 | SINGLE REC REVERSAL | -2150.00 | 0.00 | 0.00 | 0.00 | 0.00 | -2150.00 | N |
| 05/14/24 | 05/14/24 | 04/01/24 | PAYMENT | 1070.77 | 272.97 | 364.72 | 433.08 | 0.00 | 0.00 | |
| 05/14/24 | 05/14/24 | 05/01/24 | PAYMENT | 1070.77 | 273.93 | 363.76 | 433.08 | 0.00 | 0.00 | |
| 05/14/24 | 05/14/24 | 05/01/24 | CASH RECEIPT | 8.46 | 0.00 | 0.00 | 0.00 | 0.00 | 8.46 | N |
| 08/07/24 | 08/07/24 | 05/01/24 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 | F |
| 08/07/24 | 08/06/24 | 05/01/24 | CASH RECEIPT | 1900.00 | 0.00 | 0.00 | 0.00 | 0.00 | 1900.00 | N |
| 08/15/24 | 08/15/24 | 05/01/24 | SINGLE REC REVERSAL | -1900.00 | 0.00 | 0.00 | 0.00 | 0.00 | -1900.00 | N |
| 08/15/24 | 08/15/24 | 05/01/24 | SINGLE REC REVERSAL | -241.54 | 0.00 | 0.00 | 0.00 | 0.00 | -241.54 | N |
| 08/15/24 | 08/15/24 | 06/01/24 | PAYMENT | 1070.77 | 274.90 | 362.79 | 433.08 | 0.00 | 0.00 | |
| 08/15/24 | 08/15/24 | 07/01/24 | PAYMENT | 1070.77 | 275.88 | 361.81 | 433.08 | 0.00 | 0.00 | |
| 08/26/24 | 08/26/24 | 07/01/24 | TAX ENMASSE | -2110.41 | 0.00 | 0.00 | -2110.41 | 0.00 | 0.00 | |
| 09/11/24 | 09/11/24 | 07/01/24 | UNCOLL LATE CHARGE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -36.87 | L |
| 09/11/24 | 09/11/24 | 07/01/24 | ADMIN ADJUSTMENT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -36.87 | L |
| 09/11/24 | 09/11/24 | 07/01/24 | UNCOLL LATE CHARGE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 36.87 | L |
| 09/11/24 | 09/11/24 | 07/01/24 | ADMIN ADJUSTMENT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 36.87 | L |
| 09/12/24 | 09/12/24 | 07/01/24 | CASH RECEIPT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | |
| 09/23/24 | 09/23/24 | 08/01/24 | UNCOLL LATE CHARGE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -25.50 | L |
| 09/23/24 | 09/21/24 | 08/01/24 | PAYMENT | 615.40 | 276.85 | 360.84 | 433.08 | 0.00 | -455.37 | N |
| 09/23/24 | 09/21/24 | 08/01/24 | CASH RECEIPT | 884.60 | 0.00 | 0.00 | 0.00 | 0.00 | 884.60 | N |
| 09/25/24 | 09/25/24 | 08/01/24 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 | F |
| 11/08/24 | 11/08/24 | 08/01/24 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 | F |
| 11/12/24 | 11/12/24 | 09/01/24 | UNCOLL LATE CHARGE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -25.50 | L |
| 11/12/24 | 11/09/24 | 09/01/24 | PAYMENT | 186.17 | 277.83 | 359.86 | 433.08 | 0.00 | -884.60 | N |
| 11/12/24 | 11/12/24 | 10/01/24 | UNCOLL LATE CHARGE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -25.50 | L |
| 11/12/24 | 11/09/24 | 10/01/24 | PAYMENT | 1070.77 | 278.82 | 358.87 | 433.08 | 0.00 | 0.00 | |
| 11/12/24 | 11/09/24 | 10/01/24 | CASH RECEIPT | 943.06 | 0.00 | 0.00 | 0.00 | 0.00 | 943.06 | N |
| 01/08/25 | 01/08/25 | 10/01/24 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 | F |
| 02/10/25 | 02/10/25 | 11/01/24 | UNCOLL LATE CHARGE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -25.50 | L |
| 02/10/25 | 02/08/25 | 11/01/24 | PAYMENT | 181.93 | 279.81 | 357.88 | 487.30 | 0.00 | -943.06 | N |
| 02/10/25 | 02/10/25 | 12/01/24 | UNCOLL LATE CHARGE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | -25.50 | L |
| 02/10/25 | 02/08/25 | 12/01/24 | PAYMENT | 1124.99 | 280.80 | 356.89 | 487.30 | 0.00 | 0.00 | |
| 02/10/25 | 02/08/25 | 12/01/24 | CASH RECEIPT | 93.08 | 0.00 | 0.00 | 0.00 | 0.00 | 93.08 | N |
| 02/10/25 | 02/10/25 | 12/01/24 | INSURANCE ENMASSE | -3198.00 | 0.00 | 0.00 | -3198.00 | 0.00 | 0.00 | |

**B**= *Buydown/Subsidy*          **F**= *Fee Payment*          **L**= *Late Charges*          **N**= *Unapplied*

| Posting Date | Effective Date | Paid To Date | Transaction Description | Total Amount | Principal | Interest | Escrow | Insurance | Other | |
|---|---|---|---|---:|---:|---:|---:|---:|---:|---|
| 02/13/25 | 02/13/25 | 12/01/24 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 | F |
| 03/07/25 | 03/07/25 | 12/01/24 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 | F |
| 03/27/25 | 03/27/25 | 12/01/24 | TAX ENMASSE | -793.17 | 0.00 | 0.00 | -793.17 | 0.00 | 0.00 | |
| 04/09/25 | 04/09/25 | 12/01/24 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 | F |
| 05/05/25 | 05/05/25 | 12/01/24 | UNCOLL LATE CHARGE | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 127.50 | L |
| 05/05/25 | 05/05/25 | 12/01/24 | ADMIN ADJUSTMENT | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 127.50 | L |
| 05/08/25 | 05/08/25 | 12/01/24 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 25.00 | F |
| 05/09/25 | 05/09/25 | 12/01/24 | FEE BILLED | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 | 5.00 | F |

**B=** *Buydown/Subsidy*          **F=** *Fee Payment*          **L=** *Late Charges*          **N=** *Unapplied*

PLEASE NOTE THAT ANY AMOUNT OWED ON YOUR LOAN THAT HAS BEEN DEFERRED UNDER THE HOME AFFORDABLE MODIFICATION PROGRAM (HAMP) OR ANY OTHER SIMILAR PROGRAM WILL NOT BE REFLECTED ON THE HISTORY.  THIS AMOUNT REMAINS DUE AND OWING ACCORDING TO THE TERMS OF THE AGREEMENT YOU EXECUTED THAT ESTABLISHED THE AMOUNT THAT WOULD BE DEFERRED.  THE UNPAID PRINCIPAL BALANCE MAY NOT REFLECT ANY LOAN MODIFICATION DEFERRAL AMOUNT OR BALLOON PAYMENT THAT MAY BE DUE.